# EXHIBIT A

US00D517789S

# (12) United States Design Patent
## Seamans

(10) Patent No.: **US D517,789 S**
(45) Date of Patent: ** **Mar. 28, 2006**

(54) **FOOTWEAR**

(75) Inventor: Scott Seamans, Boulder, CO (US)

(73) Assignee: Crocs, Inc., Niwot, CO (US)

(**) Term: 14 Years

(21) Appl. No.: 29/206,427

(22) Filed: May 28, 2004

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/803,569, filed on Mar. 17, 2004, which is a continuation-in-part of application No. 10/602,416, filed on Jun. 23, 2003, and a continuation-in-part of application No. 10/603,126, filed on Jun. 23, 2003.

(51) LOC (8) Cl. .................................................. **02-99**
(52) U.S. Cl. ..................................................... **D2/969**
(58) Field of Classification Search ............... D2/903, D2/916–918, 919, 969, 926, 932; 36/4, 8.1, 36/10, 11.5
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,392,350 A | | 10/1921 | O'Brien |
| 2,180,924 A | | 11/1939 | Dunbar |
| 2,470,089 A | | 5/1949 | Booth |
| 3,407,517 A | * | 10/1968 | Gessner .................... 36/11.5 |
| 3,698,107 A | | 10/1972 | Fukuoka |
| 4,032,611 A | | 6/1977 | Fukuoka |
| 4,100,685 A | | 7/1978 | Dassler |
| 4,408,401 A | | 10/1983 | Seidel et al. |
| 4,476,600 A | | 10/1984 | Seidel et al. |
| 4,888,887 A | | 12/1989 | Solow |
| 4,967,750 A | | 11/1990 | Cherniak |
| D350,021 S | * | 8/1994 | Stein ....................... D2/969 |
| 5,369,895 A | | 12/1994 | Hammerschmidt |
| 5,438,767 A | | 8/1995 | Stein |
| 5,528,841 A | | 6/1996 | Pozzobon |
| 5,561,919 A | | 10/1996 | Gill |
| D381,794 S | | 8/1997 | Gelli |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2375957 | 9/2002 |
| EP | 0 802 039 A2 | 10/1997 |
| EP | 0 802 040 A2 | 10/1997 |
| EP | 0 802 041 A2 | 10/1997 |
| EP | 0 884 005 A1 | 12/1998 |
| GB | 2322286 | 8/1998 |

OTHER PUBLICATIONS

http://web.archive.org/web/19980420230857/www.birkenstock.com/featprof.htm (3 pages).
Birkenstock®, Spring & Summer 2003 Catalog, Birkenstock Orthopudie GMbh, Germany (82 pages).
Cindy MacDonald, *The Entrepreneurs: they're bilingual, multicultural and talented. Distance and language present no barriers to Quebec plastics processors and mold makers as the province's plastics industry continues to increase its level of exports and welcome new companies*, Canadian Plastics, O'99, v. 57(10), pp. 35–50 (9 pages).
*Comfortable Walking*, Italian Technology, Oct. 1999, n. 3, p. 168 (abstract, 1 page).

(Continued)

*Primary Examiner*—Dominc Simone
(74) *Attorney, Agent, or Firm*—Faegre & Benson, LLP

(57) **CLAIM**

The ornamental design for footwear, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view.
FIG. **2** is a right side view.
FIG. **3** is a left side view.
FIG. **4** is a front view.
FIG. **5** is a rear view.
FIG. **6** is a top view; and,
FIG. **7** is a bottom view.

The broken line showing of the sole and surface treatment of the upper is for illustrative purpose only and forms no part of the claim design.

**1 Claim, 4 Drawing Sheets**



US D517,789 S
Page 2

U.S. PATENT DOCUMENTS

| Patent | Type | Date | Inventor | Class |
|---|---|---|---|---|
| 5,814,254 | A | 9/1998 | Bisconti | |
| D416,667 | S | 11/1999 | Lamstein | |
| 6,052,920 | A | 4/2000 | Bathum | |
| D431,346 | S | 10/2000 | Birkenstock | |
| 6,237,249 | B1 | 5/2001 | Aguerre | |
| 6,237,250 | B1 | 5/2001 | Aguerre | |
| 6,256,906 | B1 | 7/2001 | Matis et al. | |
| 6,416,610 | B1 | 7/2002 | Matis et al. | |
| 6,439,536 | B1 | 8/2002 | Piccolo | |
| D473,040 S * | | 4/2003 | Hawker et al. | D2/932 |
| D476,797 | S | 7/2003 | Schenone | |
| D479,034 S * | | 9/2003 | Tzenos | D2/926 |
| D479,906 S * | | 9/2003 | Hawker et al. | D2/969 |
| 6,640,464 | B1 | 11/2003 | Hsin et al. | |
| D499,234 S * | | 12/2004 | Dal Magro et al. | D2/916 |
| 6,860,035 | B1 | 3/2005 | Girard | |
| 2002/0124434 | A1 | 9/2002 | Hsin et al. | |
| 2003/0074806 | A1 | 4/2003 | Urie et al. | |

OTHER PUBLICATIONS

*Defendant's Response to Request for Particulars, Foam Creations Inc.* vs. *Holey Soles Holdings Ltd.*, Ontario, Canada Federal Court, Court File No. T-161-05, Apr. 22, 2005, Oyen Wiggs Green & Mutala LLP (including Appendices A-C, 236 pages).

*Defendant's Statement of Defence, Foam Creations Inc.* vs. *Holey Soles Holdings Ltd.*, Ontario, Canada Federal Court, Court File No. T-161-05, Mar. 10, 2005, Oyen Wiggs Green & Mutala LLP (9 pages).

*Engage® polyolefin elastomers, the critical ingredient for Success, DuPont Dow Elastomers, Copyright© 2000,* DuPont Dow Elastomers, www.dupont-dow.com/engage (12 pages).

*FinProject Brews an Extralight (Evasol Plastics and Finproject signed a joint venture agreement to introduce a range of new-block and net-fit soles for shoes ),* Footwear News, World Week, Aug. 4, 1997, v. 53, n. 31, p. 8 (3 pages).

*Injected Eva,* Macplas International, Aug. 1999, n. 10, p. 90. (abstract, 1 page).

Luisa Zargani, *One Fine Year; Anton Magnani's Quirky Dry-Shod Designs have Gained the Italian Designer Respect, Recognition and a Deal with Comme Des Garcons,* Footwear News, Aug. 2, 1999, p. 102 (2 pages).

*Plaintiff's Further Request for Particulars, Foam Creations Inc.* vs. *Holey Soles Holdings Ltd.*, Ontario, Canada Federal Court, Court File No. T-161-05, May 12, 2005, Ridout & Maybee (including Schedule A, 6 pages).

*Plantiff's Reply, Foam Creations Inc.* vs. *Holey Soles Holdings Ltd.*, Ontario, Canada Federal Court, Court File No. T-161-05, Ridout & Maybee (7 pages).

*Plantiff's Request for Particulars of Defence, Foam Creations Inc.* vs. *Holey Soles Holdings Ltd.*, Ontario, Canada Federal Court, Court File No. T-161-05, May 1, 2005, Ridout & Maybee (5 pages).

*Plantiff's Statement of Claim, Foam Creations Inc.* vs. *Holey Soles Holdings Ltd.*, Ontario, Canada Federal Court, Jan. 28, 2005, Ridout & Maybee LLP (8 pages).

Rhoda Miel, *Snowshoe Walks Away with Best Design,* Plastic News, Apr. 22, 2002, v. 14, n. 8, p. 4 (2 pages).

*The Elastomers Times: Engage Adds Comfort to Sporting Components,* Chemical Business New Base: The Elastomers Times; Dec. 1, 2000 (2 pages).

*Trade Name Record,* Official Gazette of the U.S. Patents and Trademarks Office, Mar. 24, 1998, 1208, n. 4, p. 73, (abstract, 1 page).

waldenstore.com, *Footwear Waldies,* Aug. 4, 2003, http://www.waldenstore.com/waldies.html, (1 page).

*Walking on Modified Eva,* Italian Technology, May 1999, n. 2, p. 121, (abstract, 1 page).

* cited by examiner



FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6



FIG.7