IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01450-RPM

CROCS, INC.,

        Plaintiff,

v.

SKETCHERS U.S.A., INC.,

        Defendant.

_____

## ORDER OF DISMISSAL
_____

Upon consideration of the Stipulation for Dismissal Without Prejudice [14], filed today, it is

ORDERED that this action, including all counterclaims, is dismissed without prejudice, each party to pay their own attorneys' fees and costs. It is

FURTHER ORDERED that the scheduling conference for January 7, 2009, is vacated.

DATED: December 16th, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge